FILED ☑ / LODGED ☐
RECEIVED ☑ / COPY ☐
APR 26 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Timothy Williams (G7012839)
Name and Prisoner/Booking Number

Towers
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Timothy Huntley Williams,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) State of Arizona,
(Full Name of Defendant)

(2) and others,

(3) _____,

(4) _____,

Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV23-00712-PHX-JAT--ESW
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Maricopa County Superior Court / Phoenix, AZ

3. Demand for jury trial

Revised 12/1/20                        1                            **550/555**

2. Roger Hartsell

3. Mesa Police Department

4. Maricopa County Sheriff's Office

5. State of Arizona


Timothy Huntley Williams

04-15-23

W.timothy41@yahoo.com


1-A

## B. DEFENDANTS

1. Name of first Defendant: _State of Arizona_. The first Defendant is employed as: _Prosecutor_ at _Maricopa County Superior Court_.
   (Position and Title) (Institution)

2. Name of second Defendant: _Roger Hartsell_. The second Defendant is employed as: _Magistrate_ at _Maricopa County Superior Court_.
   (Position and Title) (Institution)

3. Name of third Defendant: _Mesa Police Department_. The third Defendant is employed as: _law enforcement_ at _Mesa Police Department_.
   (Position and Title) (Institution)

4. Name of fourth Defendant: _Maricopa County Sheriff's Office_. The fourth Defendant is employed as: _Detention_ at _Maricopa County Superior Court_.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? _4_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _Timothy Huntley Williams_ v. _Roger Hartsell, and others_
      2. Court and case number: _United States District Court of Arizona_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _pending_

   b. Second prior lawsuit:
      1. Parties: _Timothy Huntley Williams_ v. _State of Arizona, Daniel Reynolds, Temple police_
      2. Court and case number: _United States District Court of Arizona_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _pending_

   c. Third prior lawsuit:
      1. Parties: _Timothy Huntley Williams_ v. _Scottsdale Police, Scottsdale Municipal Court_
      2. Court and case number: _United States District Court of Arizona_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _pending_

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

B. Defendants

5. State of Arizona.
Magistrate
Maricopa County Superior Court







Timothy Huntley Williams

04-15-23
W.timothy41@yahoo.com


2-A

C. Previous lawsuits

d. Fourth prior lawsuit:

1. Parties: Timothy Huntley Williams
   v.
   State of Arizona, Tempe Marketplace, Tempe Police Department

2. United States District Court of Arizona

3. Result: pending

Timothy Huntley Williams

04-15-23
W.timothy41@yahoo.com

2-A

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 5th amendment Double Jeopardy

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _he_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   11-08-22 case CR-2020-107-383 was dismissed. The State and Roger Hartsell never did what they said in court. He issued warrants for an old case an I was arrested 03/19/23

4. ~~Injury. State how you were injured by the actions or inactions of the Defendant(s).~~
   Deprived of my life and rights

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Count I?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I wouldn't be enough for what I've been threw.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: 5th amendment, Probable Cause, due process, Double Jeopardy

2. **Count II.** Identify the issue involved. Check **only** one. State additional issues in separate counts.

   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☒ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other:

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   03/19/23 I was arrested for and held for cases that were dropped. Warrants were issued without probable cause being found now or when the complaint was originally found. CR-2023-101-406-001, CR-2022-116-446-001, Mesa Magistrate Court 2022-071-513 by the State of Arizona

4. ~~Injury. State how you were injured by the actions or inactions of the Defendant(s).~~
   Deprived of my life

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   2. Did you submit a request for administrative relief on Count II?  ☐ Yes  ☒ No
   3. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☒ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. It would not be enough for what I've been threw

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: 5th amendment

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   03/10/23 While being arrested by Mesa Police, the officer stated multiple times that we were being unlawfully detained, we had to tell him our names. They had no probable cause, or right, for doing or saying what they did.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Deprived of my life and rights

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   2. Did you submit a request for administrative relief on Count III? ☐ Yes ☒ No
   3. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. It would not be enough for what I've been threw

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

Pretty sure there was no initial appearance for these cases. Yeah pretty sure just probation and Tempe

Count II

4. Deprived me of my life, rights, and innocents

5. No

2. No

3. No

4. It would not be enough for what I've been threw

Timothy Huntley Williams

04-15-23

W.timothy41@yahoo.com

5-A-2

Count IV       Timothy Williams

1. 14th amendment       04-15-23
   b. timothy s/l(g) yalda i6an

2. Fraud

3. At initial appearance, no counsel was
   03-19-23
   appointed or offered. No determination of
   probable cause. Innocent until proven
   guilty, yet held on bond for ~~bullshit~~ dismissed
   cases. The judge at my initial appearance,
   was my prosecutor at "early disposition court"
   whatever that is 04-11-23. My pliminary
   hearing was outside the time limit. 04-14-23
   Also 04-11-23 - I was denied the
   right to speak in Court.
   That's the state as "Magistrate".

Pretty sure there was ~~appearance~~ no initial 5-A-1

## Count V

1. 14th amendment

2. Access to court

3. 03-19-23 while in custody, I was placed in quarantine. I had court 03-27-23 and wasnt allowed to go. I was made to stay at Lower Buckeye Jail and miss court

4. Deprived me of my rights

5.
1. No
2. No
3. No
4. It wouldn't be enough for what I've been through.

Timothy Hustley Williams

04-15-23
W.timothy41@yahoo.com

5-B

## E. REQUEST FOR RELIEF

State the relief you are seeking:

1) I'm seeking $8.5 trillion dollars. Eight and a half trillion, and zero cent. $8,500,000,000,000.00 dollars

2) Demand for my release from custody

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04-15-23
            DATE                                                    SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## CERTIFICATION

I hereby certify that on this date _____ **April 20, 2023** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____  **A7879**
Legal Support Specialist Signature    S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009